IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN HAARSMA,

    Plaintiff,

v.

FOCUS RECEIVABLES MANAGEMENT, LLC,
a Georgia limited liability company,

    Defendant.

Case No. 1:10-cv-00844
Honorable: Gordon J. Quist
U.S. District Judge

| Phillip C. Rogers (P34356)<br>Attorney for Plaintiff<br>40 Pearl Street<br>Suite 336<br>Grand Rapids, MI 49503<br>Phone: (616) 776-1176 | **DOBBS & NEIDLE, P.C.**<br>Gregory R. Neidle (P59273)<br>Daniel J. Ammon (P50923)<br>Attorney for Defendant<br>30150 Telegraph Road, Suite 410<br>Bingham Farms, MI 48025<br>Phone: (248) 723-9511<br>Fax: (248) 723-9531 |
|---|---|

## ORDER OF DISMISSAL

By stipulation of all parties who have appeared in this action and pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties have agreed to the dismissal of this action with prejudice and with each party to bear their own costs and attorney fees.

Therefore, IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE as to all parties, and without costs and attorney's fees to either party.

DONE AND ORDERED this __28th__ day of __September__, 2010.

    __/s/ Gordon J. Quist__
    Honorable Gordon J. Quist
    United States District Judge